IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCILLE LYNN,<br><br>    Plaintiff,<br><br>  v.<br><br>WYETH, INC., WYETH PHARMACEUTICALS, INC., GREENSTONE LTD., PHARMACIA AND UPJOHN, PFIZER INC., and DOES 1 through 100,<br><br>    Defendants.<br>                                                / | No. C 05-01213 WHA<br><br>**ORDER STAYING CASE PENDING MDL TRANSFER** |

Pursuant to the stipulation of the parties and good cause having been shown, this action is stayed, pending transfer to the Multidistrict Litigation ("MDL") proceedings currently ongoing in the United States District Court for the Eastern District of Arkansas. The case-management conference, currently scheduled for **JULY 7, 2005 AT 11:00 A.M.**, is **VACATED**.

**IT IS SO ORDERED.**

Dated: June 24, 2005

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE